# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| ROMAN RODRIGUEZ | ) Case No. 5:24-mj-00023-CDB |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 2022 - February 2024** in the county of **Kern** in the **Eastern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Receipt and Distribution of Material Involving the Sexual Exploitation of a Minor; and |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Material Involving the Sexual Exploitation of a Minor |

This criminal complaint is based on these facts:

See attached affidavit of HSI Task Force Officer Louis James (incorporated by this reference).

☑ Continued on the attached sheet.

_Louis James_
*Complainant's signature*

Louis James, HSI TFO
*Printed name and title*

Sworn to before me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1.

Date: May 16, 2024

*Judge's signature*

City and state: Bakersfield, California     Hon. Christopher D. Baker, U.S. Magistrate Judge
*Printed name and title*

### AFFIDAVIT OF TFO LOUIS JAMES

I, Louis James, being duly sworn, hereby depose and state as follows:

### I. INTRODUCTION

1. I am employed as a Senior Police Officer with the Bakersfield Police Department (BPD) and a Task Force Officer with the United States Department of Homeland Security, Homeland Security Investigations (HSI), presently assigned to the Office of the Resident Agent in Charge, Bakersfield, California (HSI/Bakersfield). I have been employed as a Police Officer for ten years. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C).

2. As part of my duties as an HSI Task Force Officer, I investigate criminal violations relating to child exploitation and depictions of minors engaging in sexually explicit conduct, including violations pertaining to the illegal distribution, receipt, and possession of material involving the sexual exploitation of minors, in violation of 18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B). I have received training in the area of child exploitation, and as part of my duties have observed and reviewed numerous examples of depictions of minors engaging in sexually explicit conduct (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. I am a graduate of the Bakersfield Police Department Academy and the HSI Task Force Officer Course. I have received trainings offered by the Internet Crimes Against Children (ICAC) Task Force on the subject of child exploitation investigations. During the course of my duties, I have been the investigating officer and Affiant in dozens of child exploitation investigations.

3. This affidavit is made in support of issuance of a criminal complaint and arrest warrant for **ROMAN RODRIGUEZ** (hereinafter referred to as **RODRIGUEZ**), of Bakersfield, California for violations of 18 U.S.C. § 2252(a)(2), which makes it a crime for any person to receive and/or distribute a visual depiction of a minor engaged in sexually explicit conduct, as well as 18 U.S.C. 2252(a)(4)(B), which make it a crime to possess said content.

4. The information contained in this affidavit is based upon my personal knowledge of the investigation, my training and experience, and, where noted, information related to me by other law enforcement officers and/or agents. Because this affidavit is written solely for the purpose of

establishing probable cause for issuance of a criminal complaint, not all results of this investigation have been included herein.

## II. SUMMARY OF PROBABLE CAUSE

5. In February of 2024, HSI was notified that material depicting minors engaged in sexually explicit conduct was uploaded to a Verizon cloud account held with Synchronoss Technologies, Inc. The uploads were reviewed and confirmed to contain depictions of minors engaged in sexually explicit conduct. The phone number associated with the Verizon cloud account was 661-809-5334. **ROMAN RODRIGUEZ**'s (**RODRIGUEZ**) brother was the Verizon subscriber for the 661-809-5334 phone number. Surveillance pursuant to a geo-location warrant revealed the phone associated with the 661-809-5334 phone number was located in the vicinity of **RODRIGUEZ**'s registered vehicle on several occasions.

6. After a search warrant was issued for **RODRIGUEZ**'s person, vehicle, residence, and electronic devices, **RODRIGUEZ** was contacted by law enforcement in a public area and found to be in possession of the phone with phone number 661-809-5334 and an additional phone. During a subsequent interview, **RODRIGUEZ** admitted to being the owner of both phones and admitted they each contained approximately fifteen (15) to twenty (20) videos of minors engaged in sexually explicit conduct. He admitted to downloading child pornography from Telegram beginning in January 2024. He also admitted to sending such videos to another subject who lived outside of California.

7. Forensic examination of **RODRIGUEZ's** phones revealed material depicting minors engaged in sexually explicit conduct. **RODRIGUEZ**'s Samsung Galaxy S24 cellphone contained 21 videos. **RODRIGUEZ**'s Apple iPhone 15 contained 9 videos. **RODRIGUEZ**'s flash drive contained 2,444 videos and 75 images. All of the aforementioned videos and images were reviewed and found to depict minors engaged in sexually explicit conduct. The Apple iPhone 15 device also included messages sent by **RODRIGUEZ** to another user on Telegram that included approximately 9 videos of minors engaged in sexually explicit conduct.

## III. STATEMENT OF PROBABLE CAUSE

8. In February of 2024, HSI Bakersfield was notified by the National Center for Missing and Exploited Children (NCMEC) and the Central Valley Internet Crimes Against Children (ICAC) Task Force regarding two Cyber Tips that indicated child pornography had been uploaded to a cloud account held with Synchronoss Technologies, Inc. Synchronoss is a provider of personal cloud storage services, including the Verizon Cloud used by Verizon wireless subscribers.

9. In the first Cyber Tip, a Synchronoss representative reported that on February 2, 2024, at 21:01:58 UTC, a user with mobile phone number 661-809-5334, uploaded 13 files of suspected child pornography into their personal cloud storage held with Synchronoss.

10. In the second Cyber Tip, a Synchronoss representative reported that on February 2, 2024, at 22:51:57 UTC, a user with the same mobile phone number 661-809-5334, uploaded 11 different files of suspected child pornography into their personal cloud storage held with Synchronoss.

11. Using its "Phone Number Geo-Lookup" function, NCMEC indicated that the 661-809-5334 phone number was associated with a "Andrew Freeborn" in Bakersfield, California. Your affiant determined based on Verizon subscriber information for the 661-809-5334 phone number that Andrew Freeborn previously used that phone number but discontinued using the phone number before January 26, 2024.

12. I visually inspected the files that were the subject of the two Cyber Tips from Synchronoss. Included in the files was a video featuring an adult male with a majority of his body out of view of the camera; however, his erect penis was in view. The camera focused on a white male toddler who was approximately two (2) to three (3) years old. The toddler was completely naked, lying face down on a bed, with his buttocks exposed. The adult male was inserting his erect penis into the anus of the toddler during the entirety of the video. The adult male thrusted back and forth penetrating the toddler for a majority of the video. The remaining videos similarly depicted minors engaged in sexually explicit conduct.

13. On February 7, 2024, an HSI agent served Verizon with a summons, requesting customer information for phone number 661-809-5334. A response was later received which revealed the phone number was subscribed to Patrick Rodriguez at 8828 Duncanson Drive in Bakersfield, California, in the

Eastern District of California. The effective date listed for the subscriber was January 26, 2024. Patrick Rodriguez was later determined to be **ROMAN RODRIGUEZ**'s brother based on a later interview of Patrick Rodriguez.

14. On February 20, 2024, your affiant conducted a records check of phone number 661-809-5334 through the Bakersfield Police Department Computer Aided Dispatch (CAD). The records check revealed that an individual called the Bakersfield Police Department Communications Center on February 3, 2024, from the 661-809-5334 phone number. The caller was listed as "**RAMON RODRIGUEZ**" who advised his silver Toyota Camry was involved in a traffic collision. The call occurred the day after the files containing depictions of minors engaged in sexually explicit conduct was uploaded to Synchronoss from an account associated with the same phone number.

15. Using law enforcement databases, initial background checks of the 8828 Duncanson Drive address revealed it is the listed address for **ROMAN RODRIGUEZ (RODRIGUEZ)** as of April 2022, based on his sexual offender registration documents. **RODRIGUEZ**'s driver's license also listed 8828 Duncanson Drive, Bakersfield, California as his address. Your affiant completed a Department of Motor Vehicles records check of **RODRIGUEZ,** which revealed he had a silver Toyota Camry registered to him with an address of 8828 Duncanson Drive.

16. On February 24, 2024, a state search warrant was sought and approved in the Superior Court of Kern County to obtain geo-location data from Verizon Wireless for phone number 661-809-5334. Verizon Wireless complied with the search warrant and began providing geo-location data for 661-809-5334 on February 24, 2024. The geo-location data frequently showed the cellular phone in the neighborhood of Duncanson Drive in Bakersfield, California. Your affiant responded to 8828 Duncanson Drive in an undercover vehicle and observed **RODRIGUEZ**'s registered Toyota Camry parked in the driveway of the residence on February 25, 2024.

17. On February 27, 2024, your affiant was monitoring the geo-location information for 661-809-5334 and noticed it was in the area of Old Farm Road and Noriega Road at approximately 10:58 a.m. Your affiant responded to the area of the geo-location data with other officers. At approximately 11:15 a.m., law enforcement personnel located **RODRIGUEZ**'s registered Toyota Camry in the

driveway of 4711 Saguaro Court in Bakersfield, California. Law enforcement personnel established surveillance on the Toyota Camry.

18. While in the area, your affiant sought a search warrant for 8828 Duncanson Drive, the Toyota Camry, and **RODRIGUEZ**'s person seeking cellular phones and additional electronic devices. The search warrant was approved in the Superior Court of Kern County.

19. At approximately 2:50 p.m., law enforcement personnel observed **RODRIGUEZ** exit the residence at 4711 Saguaro Court and enter the driver seat of his Toyota Camry. A female, who was later determined to be **RODRIGUEZ**'s mother, also entered **RODRIGUEZ**'s vehicle. **RODRIGUEZ** drove the vehicle out of the neighborhood and southbound onto Old Farm Road. Law enforcement personnel followed the vehicle until it entered the Town & Country Shopping Center located at 8200 Stockdale Highway.

20. **RODRIGUEZ** was contacted and detained by law enforcement personnel in the parking lot of 8200 Stockdale Highway to execute the search warrant. A Samsung Galaxy S24 cellphone was seized from **RODRIGUEZ**'s person and an Apple iPhone 15 was seized from **RODRIGUEZ**'s Toyota Camry.

21. During the investigation, your affiant and another HSI agent interviewed **RODRIGUEZ**. **RODRIGUEZ** was advised of his *Miranda* warnings, and he indicated he understood them. During the interview, **RODRIGUEZ** confirmed that he was the owner of both the Samsung Galaxy S24 cellphone seized from his person and the Apple iPhone 15 seized from his vehicle. He indicated his phone number was 661-809-5334, which was associated with his Samsung Galaxy S24. He obtained the Samsung Galaxy S24 approximately a month prior and admitted to using the phone to call the police department to report that an individual had scratched his car. He indicated no one else used the Samsung Galaxy S24 or had the passcode other than him.

22. **RODRIGUEZ** indicated he obtained the Apple iPhone 15 in September 2023. He said his mother sometimes used the Apple iPhone 15 when she worked for DoorDash, but **RODRIGUEZ**

COMPLAINT AFFIDAVIT 5

said he locked the phone on the DoorDash application when his mother used his phone.[1] **RODRIGUEZ** said no one had the passcode to the Apple iPhone 15.

23. After a preliminary examination of the Samsung Galaxy S24 revealed depictions of minors engaging in sexually explicit conduct, **RODRIGUEZ** admitted each phone, the Samsung Galaxy S24 and the Apple iPhone 15, would contain approximately fifteen (15) to twenty (20) videos depicting minors engaged in sexually explicit conduct. He also admitted to finding such videos on Telegram and to saving "some of it."[2] When asked how old the youngest minor was that was depicted in the videos he saved to his phone, **RODRIGUEZ** said eight years old. He said he believed he saved that video to the iPhone. During the interview, **RODRIGUEZ** also admitted that he had a thumb drive that had "a lot" of child pornography on it.

24. **RODRIGUEZ** also indicated that he met an individual named "Brett" on Telegram. He said he talked with "Brett" on Telegram and Signal, and that "Brett" sent **RODRIGUEZ** his address, which was near Detroit, Michigan.[3] **RODRIGUEZ** admitted that "Brett" sent **RODRIGUEZ** child pornography through Telegram and Signal. The forensic examiner later found a contact with the name "Brett," in **RODRIGUEZ**'s phone, as well as messages from "Brett" with the Michigan address.

25. Your affiant asked **RODRIGUEZ** when he most recently began downloading child pornography, and he advised it was January of 2024. **RODRIGUEZ** advised he also saved several videos in his Telegram account. Your affiant asked **RODRIGUEZ** if he had sent any content to "Brett." **RODRIGUEZ** said he did once, and it was a couple of days prior. Your affiant asked **RODRIGUEZ** if the content sent to "Brett" was child pornography, and he replied yes. Your affiant asked how many videos **RODRIGUEZ** sent, and he replied, "Four or five videos, maybe more, maybe like eight." **RODRIGUEZ** said he sent them to "Brett" through Telegram.

---

[1] DoorDash is a food delivery service that allows users to place orders from an application. The service pairs the order with an independent contractor who utilizes the DoorDash application to pickup the order and deliver it to the recipient at a location of their choice.

[2] Telegram is an encrypted chat messaging application that includes features such as; group messaging, cloud storage, and multimedia file sharing with no file size limitations.

[3] Signal is an encrypted chat messaging application that includes features such as; voice and video calling, disappearing messages, stories, and multimedia file transfer.

COMPLAINT AFFIDAVIT                                6

26. At the conclusion of the interview, **RODRIGUEZ** was booked into the Kern County Jail Facility for multiple charges, which included violations of California PC §§ 311.11(a) (possession of child pornography), 311.11(b) (possession of child pornography with a prior, and 311.11(c)(1) (possession of over six hundred images of child pornography).

27. On February 27, 2024, at approximately 7:07 p.m., your affiant responded to 8828 Duncanson Drive to execute the search warrant for the residence. Both of **RODRIGUEZ's** parents and his brother were present at the residence at the time of the search. Your affiant provided them with a copy of the search warrant for the residence. Both parents were cooperative with the investigation and allowed law enforcement personnel into the residence. Law enforcement personnel seized a MSI laptop from the living room of the residence. During the interview, **RODRIGUEZ** had indicated he owned the MSI laptop and that it may be located in the living room. Your affiant was escorted to **RODRIGUEZ's** bedroom in the garage of the residence by his parents and continued to search for evidence. While in the bedroom, law enforcement personnel seized several digital devices, including a SanDisk USB flash drive, located on top of **RODRIGUEZ**'s dresser. At the conclusion of the search warrant, the seized devices were provided to the forensic examiner for examination.

28. A digital forensic examination of the devices seized during the investigation was conducted. During the examination, the forensic examiner identified the presence of material depicting minors engaged in sexually explicit conduct on the Samsung Galaxy S24 cellular phone. The Samsung Galaxy S24 contained 57 images and 21 videos depicting minors engaged in sexually explicit conduct. For example, one of the videos with filename "VID_20231201_014301_554.mp4" is fourteen minutes and thirty-one seconds in length and depicts two male juveniles who are each approximately six (6) to eight (8) years of age. The video begins with the juveniles laying on a bed and pulling down their pants to expose their penises. An adult male enters the frame and begins to stroke the juvenile's penises using his thumb and index finger. The adult male then proceeds to orally copulate the penis of each juvenile alternating back and forth between each juvenile. Sexually explicit conduct between the adult male and the male juveniles continues for the duration of the video. The images and videos had creation dates, or dates when the images and videos were created on the device, that spanned from May 24, 2023, to

February 27, 2024. The forensic examiner also located a Google account for "**ROMAN RODRIGUEZ**" on the device, and it also contained content that tended to show **RODRIGUEZ** was the user of the device, to include selfie style photographs.

29. The forensic examiner also examined the Apple iPhone 15. In the Telegram application on the iPhone, there was a message sent by "Puppy the Furboi," the account being utilized on the device, from February 22, 2024. The message was sent to "Brett" and included a photograph of a laptop screen. The screen displayed a folder view of video files which appeared to depict minors engaged in sexually explicit conduct based on the thumbnails of the videos. The file path displayed for the videos was "SanDisk (F:) > favorites." The laptop's time in the photograph was February 20, 2024, at 2:02 a.m. It should be noted that the SanDisk USB flash drive seized from **RODRIGUEZ**'s bedroom contained a folder titled "favorites." That "favorites" folder was found to contain depictions of minors engaged in sexually explicit conduct, as further described below.

30. On February 22, 2024, at 10:42 a.m., "Brett" replied in Telegram, "Send me the ones circled in blue please." The message contained an attachment, which was the prior photograph sent from "Puppy the Furboi" with blue circles over 10 of the video files. On February 22, 2024, between 10:48 a.m. and 10:52 a.m., "Puppy the Furboi" sent ten (10) messages to "Brett," and each message contained a video file. The forensic examiner reviewed the video files and determined that nine (9) out of the ten (10) videos contained depictions of minors engaged in sexually explicit conduct. For example, one of the videos with filename "1_861150125488079160.mp4" is twenty-two seconds in length and depicts a minor male who is approximately seven (7) to nine (9) years of age orally copulating the penis of an additional minor male who is approximately eleven (11) to thirteen (13) years of age. The videos had a creation date of February 18, 2024, to February 22, 2024. After "Brett" received the videos, "Brett" and **RODRIGUEZ** then begin to describe how "hot" the videos were. The forensic examination of both cellphones is ongoing and may yield additional evidence.

31. The forensic examiner determined the Apple iPhone 15 had an owner name of "**ROMAN RODRIGUEZ**," an associated account "rrodriguez8@student.fullsail.edu," and contained content that tended to show **RODRIGUEZ** to be the user of the device, to include selfie style photographs.

32. The MSI laptop and SanDisk USB flash drive seized from **RODRIGUEZ**'s residence were also examined by the forensic examiner. The SanDisk USB flash drive contained 75 images and 2,444 videos depicting minors engaged in sexually explicit conduct. The images and videos had creation dates, or dates when the images and videos were downloaded to the flash drive, that spanned from October 1, 2022, through December 10, 2022. There was also a last accessed date for each file of February 19, 2024. Per the forensic examiner, forensic artifacts were located which showed the SanDisk USB flash drive was last inserted into the MSI Laptop on February 19, 2024, at 4:16 a.m., and last removed on February 20, 2024, at 2:58 a.m. hours. The forensic examiner noticed that the flash drive was encrypted with bitlocker.[4] The bitlocker decryption key was located on the MSI laptop, which allowed law enforcement to decrypt the flash drive.

33. On the SanDisk USB flash drive there was a video with filename "1_757350588533965207.mp4". The video is sixteen seconds in length and depicts a female juvenile who is approximately six (6) to eight (8) years of age. The video begins with an adult male rubbing his erect penis against the mouth of the juvenile. As the video progresses, the adult male places one hand behind the juvenile's head and inserts his penis into the juvenile's mouth. The adult male then manipulates the juvenile's head in a back and forth motion. The forensic examiner also located a photograph of **RODRIGUEZ** holding a small dog on the SanDisk USB flash drive.

34. The MSI laptop contained one video depicting minors engaged in sexually explicit conduct. The video was found in a "Telegram Desktop" folder within "Downloads." The video had a creation date of January 21, 2023, and a last accessed date of February 7, 2024. The video with filename "video-e930b1a0891001cadf6cc168a7c56a84-V.mp4" is one minute and fifty-eight seconds in length and depicts two male juveniles who are each approximately eight (8) to ten (10) years of age. At the beginning of the video, each juvenile can be seen exposing their penis and anus for the camera. As the video progresses, the juveniles begin to engage in anal sex with each other until the video concludes. The forensic examiner determined the MSI laptop username was "romro," with the full username

---

[4] Bitlocker is a Windows security feature that allows for the encryption of storage media, and requires authentication to allow access to the files on that media.

COMPLAINT AFFIDAVIT                                     9

"**ROMAN RODRIGUEZ**."  The internet username was "romrod98@icloud.com."  The MSI laptop contained images which depicted **RODRIGUEZ** visually and also had files containing the name of **ROMAN RODRIGUEZ**.

35.	On March 4, 2024, a state search warrant was sought and approved in the Superior Court of Kern County to obtain the contents of all files and other records stored on Synchronoss for phone number 661-809-5334.  On March 7, 2024, your affiant received a response from Synchronoss advising the requested files were available for download.  The forensic examiner reviewed the files provided by Synchronoss.  The forensic examiner determined that nine (9) files located on the SanDisk USB flash drive were identical to nine (9) of the files reported to NCMEC by Synchronoss in the aforementioned Cyber Tips.  The forensic examiner also determined that nineteen (19) files located on the Samsung Galaxy S24 cellular phone were identical to nineteen (19) of the files reported to NCMEC by Synchronoss in the aforementioned Cyber Tips.  The file comparison conducted between the files uploaded to Synchronoss and the identical files located on the Samsung Galaxy S24 and SanDisk USB flash drive indicated there was an exact match of message digest (MD5) hash values.[5]

///

///

///

///

///

///

---

[5] Message Digest (MD5) hash is a mathematical algorithm that when ran against a data set provides a unique value. MD5 is often utilized to compare files to determine if they are the same.

## V.  CONCLUSION

36. Based upon the above facts, I submit there is probable cause to believe that **ROMAN RODRIGUEZ** received, distributed, and possessed material involving the sexual exploitation of minors, in violation of 18 U.S.C. §§ 2252 (a)(2) and 2252(a)(4)(B).

37. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*Louis James*
Louis James
Task Force Officer, HSI

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 before me on _____May 16, 2024_____.

_____
HON. CHRISTOPHER D. BAKER
UNITED STATES MAGISTRATE JUDGE

Reviewed as to form by:

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant U.S. Attorney

COMPLAINT AFFIDAVIT                                    11