AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of California



FILED

MAY 20 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

United States of America
v.

ROMAN RODRIGUEZ

_____
Defendant

)
)
)
)
)
)
)

Case No. 5:24-mj-00023-CDB

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ROMAN RODRIGUEZ                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 2252(a)(2) - Receipt and Distribution of Material Involving the Sexual Exploitation of a Minor; and

18 U.S.C. Section 2252(a)(4)(B) - Possession of Material Involving the Sexual Exploitation of a Minor

Date:    May 16, 2024

_____
*Issuing officer's signature*

City and state:    Bakersfield, California

Hon. Christopher D. Baker, U.S. Magistrate Judge
*Printed name and title*

| **Return** | |
|---|---|
| This warrant was received on *(date)* 5/16/24 , and the person was arrested on *(date)* 5/20/24 at *(city and state)* Bakersfield, CA . | |
| Date: 5/20/24 | _____ for HSI<br>*Arresting officer's signature* |
| | _____<br>*Printed name and title* |