1  PHILLIP A. TALBERT
   United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No: 1:24-CR-00110-JLT-SKO

12                      Plaintiff,     STIPULATION AND ORDER TO CONTINUE
                                       STATUS CONFERENCE AND EXCLUDE TIME
13          v.                         UNDER SPEEDY TRIAL ACT

14  ROMAN RODRIGUEZ,

15                      Defendant.

16

17

18         THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant

19  United States Attorney Brittany M. Gunter, counsel for the government, and Monica Bermudez, counsel

20  for Roman Rodriguez ("the defendant"), that this action's **Wednesday, August 7, 2024, status**

21  **conference be continued to Wednesday, October 16, 2024, at 1:00 p.m.**  The parties likewise ask the

22  court to endorse this stipulation by way of formal order.

23         The parties base this stipulation on good cause, as follows:

24     1.  A criminal complaint was filed in this matter on May 16, 2024.  ECF 1.  The defendant had

25         his initial appearance on the complaint on May 20.  ECF 4.

26     2.  The government prepared and delivered an initial set of discovery to the defendant's counsel

27                                         1

28

on May 21, within the time limits set forth by the local rules.

3.  The grand jury then returned an Indictment regarding this matter on May 23.  ECF 8.  The defendant was arraigned later that day.  ECF 10.

4.  The government provided defense counsel with supplemental discovery on June 26.  The defense is and has been reviewing discovery thus far provided.

5.  The government currently believes all discovery has been produced pursuant to Rule 16 or otherwise made available for the defense's inspection and review pursuant to the Adam Walsh Act.  The government will nevertheless continue to follow up with law enforcement to determine the extent additional supplemental discovery exists.  If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it to defense counsel in accordance with Rule 16.

6.  As defense counsel completes her analysis of the discovery produced in this case, counsel for the government will work with the defense and the HSI Bakersfield office to ensure that the defense is able to also timely review, upon its request, any electronic evidence in this case in accord with relevant provisions of the Adam Walsh Act.

7.  Defense counsel requires more time to complete its investigation, discuss the case with the defendant, and to have an expert examine the electronic devices involved with this case.

8.  By the time of the continued status conference and as all discovery is timely reviewed, the parties further intend to explore the extent this case can be resolved prior to trial.

9.  The parties therefore stipulate that the period of time from August 7, 2024, through October 16, 2024, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best

///

///

2

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

1    interest of the public and the defendant in a speedy trial.

2

3    IT IS SO STIPULATED.

4

5    Dated:  July 23, 2024                 PHILLIP A. TALBERT
                                     United States Attorney

6

7                                By:  /s/ BRITTANY M. GUNTER
                                     BRITTANY M. GUNTER

8                                     Assistant United States Attorney

9

10    Dated: July 22, 2024               By:  /s/ MONICA BERMUDEZ
                                     MONICA BERMUDEZ

11                                     Attorney for Defendant
                                     Roman Rodriguez

12

13                            **O R D E R**

14        IT IS ORDERED that the status conference currently set for August 7, 2024, at 1:00 pm is

15    continued until October 16, 2024, at 1:00 pm.

16        IT IS FURTHER ORDERED THAT the period of time from August 7, 2024, through October

17    16, 2024, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it

18    results from a continuance granted by the Court at the parties' request on the basis of the Court's finding

19    that the ends of justice served by taking such action outweigh the best interest of the public and the

20    defendant in a speedy trial.

21

22    Dated:  7/23/2024                      *Sheila K. Oberto*

23                                      HONORABLE SHEILA K. OBERTO
                                      United States Magistrate Judge

24

25

26

27                                 3

28