PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00110-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO SET CHANGE OF PLEA HEARING AND VACATE STATUS CONFERENCE; ORDER |
| ROMAN RODRIGUEZ, | |
| Defendant. | |

The United States of America, by and through its counsel of record, Assistant United States Attorney Brittany Gunter, and defendant Roman Rodriguez, by and through defendant's counsel of record, Monica Bermudez, hereby stipulate as follows:

1. The parties have reached a resolution, and a plea agreement has been filed. ECF 20.

2. After conferring about available dates wherein counsel and the defendant can appear, the parties request that the Court set a change of plea hearing for January 13, 2025. The parties have cleared this proposed date with the courtroom deputy.

3. In light of the anticipated change of plea, the parties requests that the Court vacate the status conference currently set for January 15, 2025.

///

///

4. Time was previously excluded through January 15, 2025.

IT IS SO STIPULATED.

Dated:  December 3, 2024					PHILLIP A. TALBERT
							United States Attorney

							/s/ BRITTANY M. GUNTER
							BRITTANY M. GUNTER
							Assistant United States Attorney

Dated:  December 2, 2024					/s/ MONICA BERMUDEZ
							MONICA BERMUDEZ
							Counsel for Defendant

**ORDER**

Pursuant to the parties' request, a change of plea hearing has been set for **January 13, 2025, at 9:00 a.m.**  The January 15, 2025, status conference is hereby VACATED.

IT IS SO ORDERED.

Dated:  **December 3, 2024**				/s/ *Sheila K. Oberto*
							UNITED STATES MAGISTRATE JUDGE

STIPULATION TO SET CHANGE OF PLEA HEARING AND VACATE STATUS CONFERENCE; ORDER

2