MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ROMAN RODRIGUEZ,<br><br>                    Defendant. | Case No: 1:24-CR-00110-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Monica Bermudez, counsel for Roman Rodriguez ("the defendant"), that this action's **Monday, March 31, 2025, sentencing hearing be continued to Monday, June 16, 2025, at 9:00 a.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. By previous order, this matter was set for sentencing on March 31, 2025. ECF 24.
2. On March 3, 2025, the probation officer assigned to the case for preparing the pretrial services report ("PSR") indicated she had recently completed the interview of the defendant

and needed additional time to prepare the PSR.

3. On March 10, 2025, the parties conferred and determined availability on June 16, 2025, for a sentencing hearing in this case. The parties confirmed the Court's availability on that date as well.

4. Accordingly, the parties request that the Court continue the sentencing hearing in this case to June 16, 2025.

IT IS SO STIPULATED.

Dated: March 10, 2025            MICHELE BECKWITH
Acting United States Attorney

By: /s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated: March 10, 2025            By: /s/ MONICA BERMUDEZ
MONICA BERMUDEZ
Attorney for Defendant
Roman Rodriguez

## O R D E R

IT IS ORDERED that the sentencing hearing currently set for March 31, 2025, is continued to June 16, 2025, at 9:00 a.m.

IT IS SO ORDERED.

Dated: **March 10, 2025**             _/s/ Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE